# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLAND-HEWITT,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE LIFE INSURANCE CO.,<br><br>Defendant. | Case No.  1:20-cv-00652-DAD-SAB<br><br>ORDER VACATING DECEMBER 1, 2020 HEARING ON DEFENDANT'S MOTION TO CONTINUE MANDATORY SCHEDULNG CONFERENCE AND SETTING BRIEFING SCHEDULE |

Susan L. Holland-Hewitt ("Plaintiff") filed this action individually and on behalf of a class against Allstate Life Insurance Company ("Defendant").  On May 8, 2020, the order issued setting the mandatory scheduling conference in this matter for August 11,2020.  (ECF No. 3.)  Defendant filed a motion to dismiss on July 1, 2020.  (ECF Nos. 8, 9.)  On July 6, 2020, the Court issued an order continuing the scheduling conference until the motion to dismiss was decided and the conference is currently set for December 15, 2020.  (ECF No. 11.)  On November 19, 2020, Defendant filed a motion to continue the mandatory scheduling conference with a hearing set before District Judge Dale Drozd.  (ECF No. 21.)  The Court shall vacate the hearing before Judge Drozd and order a response to be filed.  If the Court determines that a hearing on the motion is necessary, the hearing will be reset before the undersigned.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Defendant's motion to continue the mandatory scheduling

conference set for December 1, 2020 before District Judge Dale A. Drozd is VACATED; and

2. Plaintiff shall file a statement of non-opposition or an opposition to the motion to continue on or before **November 24, 2020**;

3. Defendant may file a reply on or before **November 30, 2020**.

IT IS SO ORDERED.

Dated:   **November 20, 2020**

UNITED STATES MAGISTRATE JUDGE

2