# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLSTATE LIFE INSURANCE CO.,<br><br>  Defendant. | Case No. 1:20-cv-00652-DAD-SAB<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE AND CONTINUING SCHEDULING CONFERENCE TO JULY 22, 2021<br><br>(ECF Nos. 26, 28) |

Susan L. Holland-Hewitt ("Plaintiff") filed this action individually and on behalf of a class against Allstate Life Insurance Company ("Defendant") on May 8, 2020. (ECF No. 1.) On March 10, 2021, Defendant Allstate Life Insurance Company filed a motion to continue the mandatory scheduling conference due to a pending motion to dismiss. (ECF No. 26.) At the direction of the Court, Plaintiff Susan L. Holland-Hewitt filed a statement on non-opposition to the motion on March 11, 2021. (ECF Nos. 27, 28.)

Accordingly, based on Plaintiff's non-opposition and finding good cause, IT IS HEREBY ORDERED that:

1. Defendant's motion to continue the mandatory scheduling conference is GRANTED;
2. The mandatory scheduling conference is CONTINUED to **July 22, 2021, at 10:30 a.m.** in Courtroom 9; and

1

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **March 16, 2021**

UNITED STATES MAGISTRATE JUDGE