1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11   SUSAN L. HOLLAND-HEWITT,

12            Plaintiff,

13        v.

14   ALLSTATE LIFE INSURANCE
     COMPANY,
15

16            Defendant.

17

18

Case No.  1:20-cv-00652-DAD-SAB

ORDER SETTING SCHEDULING
CONFERENCE

19        Plaintiff Susan Holland-Hewitt initiated this action on May 8, 2020.  (ECF No. 1.)  On

20   July 1, 2020, Defendant Allstate Life Insurance Company filed a motion to dismiss the complaint

21   or stay the action pending issuance of a decision by the California Supreme Court in McHugh v.

22   Protective Life Insurance, No. S259215, and pending issuance of a decision by the Ninth Circuit

23   in either Bentley v. United of Omaha Life Insurance Company, Nos. 20-55435 and 20-55466, or

24   Thomas v. State Farm Life Insurance Company, No. 20-55231.  (ECF No. 7.)  The Court partially

25   granted Defendant's motion on June 23, 2021 and stayed the action.  (ECF No. 30.)

26        On October 20, 2021, Defendant filed a status report indicating both the California

27   Supreme Court and the Ninth Circuit had rendered decisions in McHugh and Thomas,

28   respectively, and seeking to lift the stay and set the deadline to respond to the complaint for

1

1   November 20, 2021.  (ECF No. 33.)  This status report was filed concurrently with Defendant's

2   withdrawal of its prior motion to dismiss (ECF No. 8).  (ECF No. 32.)  On October 21, 2021, the

3   District Judge lifted the stay, ordered Defendant to file a response to the complaint by November

4   20, 2021, and referred the matter to the undersigned for the setting of a scheduling conference.

5   (ECF No. 34.)

6          Accordingly, IT IS HEREBY ORDERED that:

7          1.      A scheduling conference is SET for **January 10, 2022, at 1:30 p.m.** in Courtroom

8                  9; and

9          2.      The parties shall file a joint scheduling report **seven (7) days** prior to the

10                 scheduling conference.

11
    IT IS SO ORDERED.
12
    Dated:   **October 21, 2021**
13
                                                 _____
14                                               UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28