# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.  1:20-cv-00652-DAD-SAB<br><br>ORDER GRANTING KRISTEN REILLY'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 6) |

The court has read and considered the application of Kristen Reilly, attorney for Defendant Allstate Life Insurance Company, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  Having reviewed the application, Kristen Reilly's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **January 12, 2022**

_____
UNITED STATES MAGISTRATE JUDGE