# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.  1:20-cv-00652-DAD-SAB<br><br>ORDER ENTERING STIPULATED PROTECTIVE ORDER<br><br>(ECF No. 44) |

On March 22, 2022, the parties filed a stipulated protective order, and have requested the Court approve and enter the parties stipulated protective order.  (ECF No. 44.)  The Court has reviewed the stipulated agreement and finds good cause to approve and enter the protective order into the record of this action.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated protective order filed on March 22, 2022 (ECF No. 44), is entered;

2. The parties are advised that pursuant to the Local Rules of the United States District Court, Eastern District of California, any documents which are to be filed under seal will require a written request which complies with Local Rule 141;

3. The party making a request to file documents under seal shall be required to show either good cause or compelling reasons to seal the documents, depending on the type of filing, Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 677-78 (9th Cir. 2009); Ctr. for Auto Safety v. Chrysler Grp., LLC, 809 F.3d 1092, 1101 (9th Cir.

2016); and

4. If a party's request to file Protected Material under seal is denied by the Court, then the previously filed material shall be immediately accepted by the court and become information in the public record and the information will be deemed filed as of the date that the request to file the Protected Information under seal was made.

IT IS SO ORDERED.

Dated:   **March 22, 2022**

UNITED STATES MAGISTRATE JUDGE

2