# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT, | Case No. 1:20-cv-00652-DAD-SAB |
| Plaintiff, | ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL |
| v. | (ECF Nos. 46, 49) |
| ALLSTATE LIFE INSURANCE COMPANY, | |
| Defendant. | |

On August 1, 2022, Plaintiff filed a motion to compel production of documents. (ECF No. 46.) The matter is set for hearing on August 24, 2022. (Id.) On August 10, 2022, the parties filed a stipulated request to continue the hearing until September 7, 2022. (ECF No. 49.)

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion to compel (ECF No. 46) is CONTINUED to September 7, 2022, at 10:00 a.m. in Courtroom 9, and the parties shall file a joint statement on or before August 24, 2022.

IT IS SO ORDERED.

Dated:   **August 11, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1