# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT, | Case No. 1:20-cv-00652-ADA-SAB |
| Plaintiff, | ORDER VACATING SEPTEMBER 7, 2022 HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY |
| v. | |
| ALLSTATE LIFE INSURANCE COMPANY, | (ECF Nos. 46, 50, 52) |
| Defendant. | |

On August 1, 2022, Plaintiff filed a motion to compel discovery. (ECF No. 18.) The matter was originally set for hearing on August 24, 2022. (Id.) Pursuant to the parties' stipulation, the Court continued the hearing until September 7, 2022. (ECF No. 50.) On August 24, 2022, the parties filed a joint statement regarding the discovery dispute. (ECF No. 52.) In consideration of the joint statement, the Court finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the hearing set for September 7, 2022, will be vacated and the parties will not be required to appear at that time.

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion to compel set for September 7, 2022, at 10:00 a.m. in Courtroom 9, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: __**September 6, 2022**__

UNITED STATES MAGISTRATE JUDGE