# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLSTATE LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No. 1:20-cv-00652-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR LIMITED CLASS DISCOVERY AND FILING DEADLINES FOR MOTION FOR CLASS CERTIFICATION<br><br>(ECF Nos. 40, 55) |

On January 10, 2022, the Court issued a scheduling order setting a pre-certification discovery deadline of September 30, 2022, and a class certification motion filing deadline of October 28, 2022. (ECF No. 40.) On October 20, 2022, the parties' filed a stipulated motion to extend these deadlines. (ECF No. 55.) The parties proffer that: Allstate is continuing to identify and produce documents responsive to Plaintiff's third set of discovery requests and diligently worked to identify the responsive documents; that Allstate will produce such responsive documents by October 28, 2022; the parties have stipulated that this additional period of time is to allow for Allstate's production of documents responsive to Plaintiff's Third Set of Requests for Documents, the disclosure of expert witnesses, and to allow reasonable discovery to follow-up; and that the parties will not conduct unlimited additional discovery during this time period. Additionally Allstate may submit a report or declaration by a retained expert in support of its opposition to Plaintiff's anticipated motion for class certification; Allstate will formally disclose the identity of said expert along with the expert's written report in accordance with Fed. R. Civ.

Proc. R. 26(a)(2) by November 25, 2022; the parties have stipulated that Allstate will file a response in opposition to Plaintiff's anticipated motion for class certification by December 9, 2022; that Allstate will produce its retained expert for deposition on or before December 9, 2022; that Plaintiff will file a reply in further support of her anticipated motion for class certification by December 30, 2022; and the parties have agreed the deadline to complete class-related discovery shall be continued to December 9, 2022, but that such class-related discovery will relate only to Allstate's supplemental production and expert.

Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED, and the scheduling order is modified as follows:

1. Class certification motion filing deadline: November 14, 2022;

2. Deadline to file opposition to class certification motion: December 9, 2022;

3. Deadline to file reply in support of class certification motion: December 30, 2022; and

4. Class discovery deadline limited to Allstate's supplemental production and report: December 9, 2022.[1]

IT IS SO ORDERED.

Dated:   **October 21, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] While not mentioned in the parties' stipulation, a motion to compel is currently pending relating to certain discovery. (ECF No. 46.) An order is shortly forthcoming on the motion. If the motion to compel is granted, the Court will be receptive to the need for a further stipulated extension of these deadlines.