# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00652-ADA-SAB<br><br>ORDER GRANTING STIPULATION TO EXTEND BRIEFING DEADLINES FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND CONTINUING HEARING ON CLASS CERTIFICATION MOTION<br><br>(ECF Nos. 60, 64) |

　　　　Plaintiff initiated this action on May 8, 2020.  (ECF No. 1.)  On November 14, 2022, Plaintiff filed a motion to certify class, which is currently set for hearing on January 9, 2023.  (ECF No. 60.)  Also pending is Defendant's motion for reconsideration regarding the Court's order on motion to compel.  (ECF No. 62.)

　　　　On November 23, 2022, the parties filed a stipulated request to extend the briefing deadlines on Plaintiff's motion for class certification.  (ECF No. 64.)  The parties proffer that, due to conflicting professional and personal obligations, including trial responsibilities on the part of in-house counsel, they need additional time to review and respond to the class certification briefing.  The Court finds good cause exists to approve the stipulated request in this matter.  Furthermore, the Court shall continue the hearing date to February 22, 2023.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The opposition to the motion to certify class shall be filed no later than **January 13, 2023**;

2. Plaintiff's reply briefing shall be filed no later than **February 3, 2023; and**

3. The January 9, 2023 hearing on the class certification motion is continued to **February 22, 2023** at **10:00 a.m.** in **Courtroom 9** before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **November 28, 2022**

UNITED STATES MAGISTRATE JUDGE