# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT, | Case No. 1:20-cv-00652-ADA-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF |
| v. | |
| ALLSTATE LIFE INSURANCE COMPANY, | (ECF No. 67) |
| Defendant. | |

Plaintiff initiated this action on May 8, 2020. (ECF No. 1.) On November 2, 2022, the assigned Magistrate Judge granted Plaintiff's motion to compel discovery. (ECF No. 56.) On November 16, 2022, Defendant filed a motion for reconsideration of the Court's order on the motion to compel, that is currently pending adjudication by the District Judge. (ECF No. 62.) On November 30, 2022, Plaintiff filed an opposition to the motion for reconsideration. (ECF No. 66.) On December 9, 2022, the parties filed a stipulated motion to extend the deadline for Defendant to file a reply to Plaintiff's opposition. (ECF No. 67.) The Court finds good cause to grant the stipulated motion.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED and the deadline for Defendant to file a reply to Plaintiff's opposition to the Defendant's motion for reconsideration is extended until **December 19, 2022**.

IT IS SO ORDERED.

Dated:   **December 12, 2022**

UNITED STATES MAGISTRATE JUDGE