# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT,<br><br>      Plaintiff,<br><br>    v.<br><br>ALLSTATE LIFE INSURANCE COMPANY,<br><br>      Defendant. | Case No. 1:20-cv-00652-ADA-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING DEADLINES FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>(ECF Nos. 65, 70) |

      Plaintiff initiated this action on May 8, 2020. (ECF No. 1.) On November 14, 2022, Plaintiff filed a motion to certify class, which is currently set for hearing on February 22, 2023. (ECF Nos. 60, 65.) Also pending is Defendant's motion for reconsideration regarding the Court's order on motion to compel. (ECF No. 62.)

      On January 4, 2023, the parties filed a stipulated request to extend the briefing deadlines on Plaintiff's motion for class certification. (ECF No. 70.) This is the parties' second stipulated request to extend the briefing deadlines. (See ECF Nos. 64, 65.) The parties proffer a brief extension is warranted because lead counsel for Allstate recently because ill with COVID-19, which has limited counsel's ability and time to draft the oppositional brief. The Court finds good cause exists to approve the stipulated request in this matter. However, the parties are cautioned

that the Court is disinclined to grant further extensions on this briefing schedule, absent a strong showing of good cause.  Further, in light of the new briefing deadlines, the Court shall also continue the February 22, 2023 hearing on Plaintiff's motion for class certification.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The opposition to the motion to certify class shall be filed no later than **January 27, 2023**;

2. Plaintiff's reply briefing shall be filed no later than **February 17, 2023;** and

3. The hearing on Plaintiff's motion to certify class is CONTINUED from February 22, 2023, to **March 8, 2023** at **10:00 a.m.**, in **Courtroom 9**.

IT IS SO ORDERED.

Dated:    **January 5, 2023**

UNITED STATES MAGISTRATE JUDGE