# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.  1:20-cv-00652-ADA-SAB<br><br>ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>(ECF Nos. 60, 65, 71) |

　　　Plaintiff's motion for class certification is currently set for hearing on March 8, 2023. (ECF Nos. 60, 65, 71.) The hearing shall be continued due to a conflict in the Court's schedule.

　　　Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for class certification is CONTINUED from March 8, 2023**, to March 15, 2023,** at **10:00 a.m.**, in **Courtroom 9**.

IT IS SO ORDERED.

Dated:   **January 23, 2023**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1