# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:20-cv-00652-ADA-SAB<br><br>ORDER WITHDRAWING REQUESTS TO SEAL AND DIRECTING PLAINTIFF TO FILE EXHIBITS ON PUBLIC DOCKET<br><br>(ECF Nos. 61, 79, 87)<br><br>**SEVEN DAY DEADLINE** |

On November 14, 2022, Plaintiff filed her motion to certify a class in this matter. (ECF No. 60.) On that same date, Plaintiff filed a related notice of request to seal documents in support of the motion. (ECF No. 61.) Therein, Plaintiff sought to seal exhibits 6 and 7 to the declaration of Craig Nicholas filed in support of Plaintiff's motion for class certification (the "Motion Exhibits"). The Motion Exhibits had been designated as confidential by Defendant in this matter pursuant to the parties' protective order. (ECF No. 45.)

On February 17, 2023, Plaintiff filed her reply in support of the motion for certification. (ECF No. 77.) On that same date, Plaintiff filed a related notice of request to seal documents in support of the reply. (ECF No. 79.) Therein, Plaintiff sought to seal exhibits 8 and 9 to the reply declaration of Alex Tomasevic (the "Reply Exhibits"). The Reply Exhibits had been designated as confidential by Defendant in this matter pursuant to the parties' protective order. (ECF No. 45.)

1        At the hearing on the class certification motion held on March 22, 2023, the Court advised the parties to confer regarding the Motion Exhibits and the Reply Exhibits and to submit an update to the Court regarding whether the Motion Exhibits and the Reply Exhibits could be publicly filed.  (ECF No. 81.)  On April 28, 2023, the parties filed a stipulation indicating Defendant does not object to the public filing of the Motion Exhibits or the Reply Exhibits and agreeing that the Motion Exhibits and the Reply Exhibits can be publicly filed and Plaintiffs' notices of request to seal documents, can be deemed withdrawn.  (ECF No. 87.)

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The notice of request to seal documents filed on November 14, 2022, (ECF No. 61), is WITHDRAWN;

2. The notice of request to seal documents filed on February 17, 2023, (ECF No. 79), is WITHDRAWN; and

3. **Within seven (7) days of entry of this order**, Plaintiff shall file the Motion Exhibits and the Reply Exhibits that were the subject of the withdrawn notices of request to seal, on the public docket in this action.

IT IS SO ORDERED.

Dated:   **May 1, 2023**

UNITED STATES MAGISTRATE JUDGE

2