# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT, | Case No. 1:20-cv-00652-ADA-SAB |
| Plaintiff, | ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |
| v. | |
| ALLSTATE LIFE INSURANCE COMPANY, | (ECF Nos. 60, 81, 93) |
| Defendant. | |

Plaintiff's motion for class certification was initially heard on March 22, 2023, and is currently set for a second hearing on June 21, 2023. (ECF Nos. 60, 81.) On June 15, 2023, the parties filed a stipulated request to continue the hearing as counsel for Plaintiff must appear at an in-person court trial, where he will be cross-examining witnesses and performing other trial-related tasks, on Wednesday, June 21 commencing at 8:00 a.m. before the Honorable Jeffrey S. White in the Northern District of California's Oakland Division in the matter of Munguia-Brown, et al. v. Equity Residential, et al. (Case No. 16-cv-01225-JSW). (ECF No. 93.) That case is a certified class action of about 190,000 California consumers and Mr. Tomasevic is co-counsel for the class in that matter. (Id.)

The Court finds good cause to grant the stipulated continuance. The parties request the hearing be continued until August 2, 2023, or later available date. The Court's next available hearing date is August 16, 2023.

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for class certification is CONTINUED from June 21, 2023**, to August 16, 2023,** at **10:00 a.m.**, in **Courtroom 9**.

IT IS SO ORDERED.

Dated:   **June 16, 2023**

_____
UNITED STATES MAGISTRATE JUDGE