# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.  1:20-cv-00652-ADA-SAB<br><br>ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>(ECF Nos. 60, 81, 94, 97) |

Plaintiff's motion for class certification was initially heard on March 22, 2023, and a second hearing was initially set for June 21, 2023.  (ECF Nos. 60, 81.)  On June 16, 2023, pursuant to the parties' stipulation, the Court continued the hearing until August 16, 2023.  (ECF Nos. 93, 94.)

On July 24, 2023, the parties filed a stipulated request to again continue the hearing.  (ECF No. 97.)  The stipulation proffers that Defendant's lead counsel is unavailable on August 16, 2023, based on family obligations, and that the next available hearing date that all counsel is available on is October 4, 2023.  The Court finds good cause to grant the stipulated continuance.

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for class certification is CONTINUED from August 16, 2023**, to October 4, 2023,** at **10:00 a.m.**, in **Courtroom 9**.

IT IS SO ORDERED.

Dated:   **July 24, 2023**

_____
UNITED STATES MAGISTRATE JUDGE