# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:20-cv-00652-ADA-SAB<br><br>ORDER GRANTING *EX PARTE* MOTION IN PART, CONTINUING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, AND SETTING SUPPLEMENTAL BRIEFING SCHEDULE<br><br>(ECF Nos. 98, 102, 104, 105) |

A second hearing on Plaintiff's motion for class certification has been continued to October 4, 2023. (ECF No. 98.) On October 2, 2023, Defendant filed an *ex parte* motion to vacate the hearing and order the parties to submit a joint status report, in light of the suggestion of death filed by Plaintiff. (ECF No. 102.) On October 2, 2023, the Court held a hearing on the *ex parte* motion. (ECF Nos. 104, 105.) Alex Tomasevic appeared on behalf of Plaintiff. Katherine Villanueva, Glenn Merten, and Susan Ly, appeared on behalf of Defendant. Pursuant to the matters discussed at the hearing, the Court finds good cause to continue the hearing date on the motion for class certification, and set a schedule for supplemental briefing.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's *ex parte* motion (ECF No. 102) is GRANTED IN PART;

2. The hearing on Plaintiff's motion for class certification is CONTINUED from October 4, 2023, to **November 8, 2023,** at **10:00 a.m.**, in Courtroom 9;

3. The parties shall file any initial supplemental briefing on or before **October 16, 2023**; and

4. The parties shall file any reply supplemental briefing on or before **October 30, 2023**.

IT IS SO ORDERED.

Dated: **October 2, 2023**

UNITED STATES MAGISTRATE JUDGE