# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:20-cv-00652-ADA-SAB<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND PLAINTIFF'S TO OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 119) |

On March 27, 2024, the Court issued findings and recommendations recommending denying Plaintiff's motion for class certification (ECF No. 116.) On April 17, 2024, Plaintiff timely filed her objections to the findings and recommendations. (ECF No. 117.) The deadline for Defendant to file any response is May 1, 2024. L.R. 304(d).

On April 30, 2024, Defendant filed a motion to extend the deadline to respond to Plaintiff's objections to the findings and recommendations by nineteen days due to conflicting personal and professional obligations. (ECF No. 119.) On April 30, 2024, Plaintiff filed a notice of non-opposition to Defendant's motion. (ECF No. 120.) The Court finds good cause to grant Defendant's unopposed motion.

/ / /

/ / /

/ / /

1

Accordingly, good cause appearing, IT IS HEREBY ORDERED that Defendant shall have until **May 20, 2024** to file any response to Plaintiff's objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:   **May 1, 2024**

UNITED STATES MAGISTRATE JUDGE