**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (SBN 240419)
tarifa.laddon@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: 310-203-4000

KATHERINE VILLANUEVA (*pro hac vice*)
kate.villanueva@faegredrinker.com
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: 215-988-2700

W. GLENN MERTEN (*pro hac vice*)
glenn.merten@faegredrinker.com
1500 K Street, N.W., Suite 1100
Washington, DC 20005
Telephone: 202-230-5235

Attorneys for Defendant
ALLSTATE LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN L. HOLLAND-HEWITT, Individually, and as agent and attorney-in-fact to James L. Holland, and on Behalf of the Class<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE LIFE INSURANCE COMPANY, an Illinois Corporation.<br><br>Defendant. | Case No. 1:20-cv-00652-KES-SAB<br><br>Hon. Stanley A. Boone<br>Courtroom 9<br><br>**DEFENDANT ALLSTATE LIFE INSURANCE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**<br><br>Hearing Dates:  April 22, 2023 and November 8, 2023<br>Complaint Filed:  May 8, 2020 |

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S
OBJECTIONS TO FINDINGS AND RECOMMENDATIONS
CASE NO. 1:20-CV-00652-KES-SAB

Defendant Allstate Life Insurance Company ("ALIC")[1] respectfully submits this Notice of Supplemental Authority to advise the Court of two recent decisions that address issues raised in ALIC's Opposition to Plaintiff's Objections to Magistrate Judge's Findings and Recommendations Denying Plaintiff's Motion for Class Certification, ECF No. 123.

*First*, on December 12, 2024, ALIC submitted a Notice of Supplemental Authority regarding the Ninth Circuit's decision in *Small v. Allianz Life Insurance Company of North America*, No. 23-55821, 122 F.4th 1182 (9th Cir. Dec. 10, 2024). ECF No. 124. In *Small*, the Ninth Circuit vacated class certification, consistent with Magistrate Judge Boone's Findings and Recommendations Denying Plaintiff's Motion for Class Certification. Specifically, the Ninth Circuit deemed the plaintiff atypical and inadequate, and also deemed certification improper under Rules 23(b)(3) and 23(b)(2). On January 7, 2025, Plaintiff advised the Court that *Small* was not final in Plaintiff's view because the mandate had not issued. ECF No. 125. On February 19, 2025, the Ninth Circuit denied Ms. Small's petition for rehearing en banc. *See* Exhibit A, a true and correct copy of the Order Denying Petition for Rehearing En Banc. On February 27, 2025, the Ninth Circuit issued the mandate in *Small*. On June 30, 2025, the Supreme Court denied Ms. Small's petition for certiorari. The *Small* decision is final and is dispositive of the issues presented by Plaintiff in her Objections to Magistrate Judge's Findings and Recommendations Denying Plaintiff's Motion for Class Certification, ECF No. 117.

*Second*, on August 29, 2025, the United States Court of Appeals for the Ninth Circuit vacated class certification in *Farley v. Lincoln Benefit Life Co.*, --- F.4th ---, 2025 WL 2487767 (9th Cir. Aug. 29, 2025). *See* Exhibit B, a true and correct copy of the decision. In *Farley*, the plaintiff asserted similar claims arising from the defendant-insurer's alleged non-compliance with the requirements of California Insurance Code §§ 10113.71 and 10113.72 on behalf of the putative class. The Ninth Circuit vacated class certification, consistent with Magistrate Judge Boone's Findings and Recommendations Denying Plaintiff's Motion for Class Certification. As in *Small*, the Ninth Circuit deemed the plaintiff atypical and inadequate, and also deemed certification

---

[1] On November 1, 2021, Allstate Life Insurance Company was acquired by Everlake US Holdings Company. Allstate Life Insurance Company is now known as Everlake Life Insurance Company.

Faegre Drinker
Biddle & Reath LLP
Attorneys at Law
Los Angeles

1

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS
Case No. 1:20-cv-00652-KES-SAB

improper under Rule 23(b)(2).

ALIC respectfully submits the *Small* Order Denying Petition for Rehearing En Banc and the *Farley* decision for the Court's consideration in connection with its consideration of Plaintiff's Objections to Magistrate Judge's Findings and Recommendations Denying Plaintiff's Motion for Class Certification.

DATED: September 9, 2025           **FAEGRE DRINKER BIDDLE & REATH LLP**

By:   */s/ Tarifa B. Laddon*
      TARIFA B. LADDON
      KATHERINE VILLANUEVA (*pro hac vice*)
      W. GLENN MERTEN (*pro hac vice*)

      Attorneys for Defendant
      ALLSTATE LIFE INSURANCE COMPANY